**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 411 MAL 2022 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| CHARLES W. GUTHIER, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

　　**AND NOW**, this 15th day of February, 2023, the Petition for Allowance of Appeal is **DENIED**.